# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                      NO. 4:05CR00330-01 JLH

BRIAN MONQUEZ MCMILLER                                      DEFENDANT

## ORDER

On August 22, 2013, Assistant Federal Public Defender Chris Tarver was appointed to represent defendant Brian Monquez McMiller with respect to revocation matters. Attorney Patrick J. Benca appeared on behalf of the defendant as retained counsel during the initial appearance hearing before United States Magistrate Judge H. David Young on August 27, 2013.

IT IS HEREBY ORDERED that Patrick J. Benca is hereby substituted as counsel of record for defendant Brian Monquez McMiller, and Chris Tarver is relieved from any further representation of defendant in this matter.

IT IS SO ORDERED this 30th day of August, 2013.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE