**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                          NO. 4:05CR00330-01 JLH

BRIAN MONQUEZ MCMILLER                                           DEFENDANT

## <u>ORDER</u>

The hearing on the government's Motion to Revoke the Supervised Release of defendant Brian Monquez McMiller is hereby rescheduled for **TUESDAY, JANUARY 28, 2014, at 9:30 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why the term of supervised release previously imposed should not be revoked. Document #80.

IT IS SO ORDERED this 15th day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE