# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                  PLAINTIFF

v.                        No. 4:05CR00330-01 JLH

BRIAN MONQUEZ MCMILLER                                     DEFENDANT

## **ORDER**

Pending before the Court is defendant Brian Monquez McMiller's motion to continue the revocation hearing currently set for Tuesday, January 28, 2014. The motion is GRANTED. Document #89.

The supervised release revocation hearing for defendant Brian Monquez McMiller is hereby rescheduled for **WEDNESDAY, FEBRUARY 5, 2014, at 9:30 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Document #80.

IT IS SO ORDERED this 28th day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE