FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 05 2014

JAMES W. McCORMACK, CLERK
By: [signature]
DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA PLAINTIFF

v. NO. 4:05CR00330-01 JLH

BRIAN MONQUEZ MCMILLER DEFENDANT

**JUDGMENT and COMMITMENT ORDER**

Court convened on Wednesday, February 5, 2014, for the scheduled hearing on the government's motion to revoke supervised release of defendant Brian Monquez McMiller. Assistant United States Attorney Edward O. Walker was present for the government. The defendant appeared in person with his attorney, Mr. Patrick J. Benca.

Upon inquiry from the Court, the defendant admitted the violation concerning the Prairie County incident on August 5, 2013. No proof was offered concerning the Pulaski County incident. Accordingly, the Court finds that the violation concerning the Prairie County incident admitted by defendant occurred, and the motion to revoke is GRANTED. Document #80.

IT IS THEREFORE ORDERED that defendant be sentenced to **42 MONTHS IMPRISONMENT, with no term of supervised release to follow.** The Court recommends defendant participate in residential substance abuse treatment during incarceration. The Court further recommends defendant be placed in the FCI Forrest City, Arkansas, facility so as to remain near his family.

IT IS SO ORDERED this 5th day of February, 2014.

[signature]

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE